UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

TARA CHARMAINE FINLEY

VERSUS

CAROLYN W. COLVIN,
ACTING COMMISSIONER OF
THE SOCIAL SECURITY
ADMINISTRATION

CIVIL ACTION

NO. 14-430-SDD-RLB

### RULING

The Court has carefully considered the *Complaint*[1], the record, the law applicable to this action, and the *Report and Recommendation*[2] of United States Magistrate Judge Richard L. Bourgeois, Jr. dated August 11, 2015. Plaintiff has filed an *Objection*[3] which the Court has also considered.

The Court hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

Accordingly, the decision of the Commissioner shall be AFFIRMED and Plaintiff's appeal shall be DISMISSED with prejudice.

Baton Rouge, Louisiana the ___ day of September, 2015.

SHELLY D. DICK, DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. 1.
[2] Rec. Doc. 11.
[3] Rec. Doc. 12.